Jernell James
611 G Cherry Crest Rd.
Baltimore, Md. 21225

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Bilal Ali, Lynn Burke, Calvin Burgess
Gaudenzia
4615 Park Heights Ave
Baltimore, Md. 21215

(Full name and address of the defendant(s))
**Defendant(s)**

Civil No.: _____
(Leave blank. To be filled in by Court.)

AMD 06 CV 2835

\* \* \* \* \* \* \*

## COMPLAINT

Jurisdiction in this case is based on

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑ Other (explain) I received a pass to take a urinalys at 2100 Guilford on Monday 16, 2006. I left the treatment center with an escort Christopher D.

U.S. District Court (Rev. 12/2000)

We left Pavers probation and went to the hospital to see my grandson. His grandmother who is Bipolar + manic depressive wasn't feeling good so I took her. Upon arriving at the house Christopher D saw a police chasing a black male up the street. The unidentified male threw a plastic baggies in the alley, Christopher D then waited and proceeded to retrieve the baggie. He showed me the plastic bag in it it contain 5 other baggies suspected heroin. I ask him where got it he told me he founded in the alley. The unidentified male returns to retrieve the bag in which they asked for Christopher D. he told me he didn't have it so I took his word for it. When we returns to the treatment center he said he did have it. Last week people where getting high off the substance that Christopher D. had brought back to the center. Five clients where getting high the substance in the treatment center. And the very first rule is: No use or possesion of illicit drugs. The 5 guys are still there, where as I was discharge for someone else's action. They did not give me a reason or any papers stating why I was being discharge

- ☐  Damages in the amount of: ~~$3,000~~

- ☐  An injunction ordering: ___ _____

  _____ _____

- ☐  Other (explain) _____ _____

  _____ _____


*Darnell James*
_____
(original signature of plaintiff)

611 G CherryCrest Rd
_____

Baltimore Md. 21225
_____

_____
(address of plaintiff)